THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT RODRIGUEZ, a single man,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN GANLEY, BADGE NO. UNKNOWN, and "JANE DOE" GANLEY, husband and wife, individually, jointly and severally, against the marital community, and in Sean Ganley's official capacity as a Tacoma Police Officer; D. YERBURY, BADGE NO. 67, individually and in his official capacity as a Tacoma Police Officer; CITY OF TACOMA/TACOMA POLICE DEPARTMENT; and JOHN DOE AND JANE DOES NO. 1-10,<br><br>　　　　Defendants. | NO.  C06-5472 KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO ANSWER INTERROGATORIES AND PRODUCE DOCUMENTS<br><br>Noted on Motion Calendar:<br>February 16, 2007 |

THIS MATTER having come on regularly to be heard before the

undersigned judge of the above-entitled Court on the defendants' Motion for

Order Compelling Plaintiff to Answer Interrogatories and Produce Documents,

and the Court having reviewed the files and records herein and noting that the plaintiff has failed to file a response, and having concluded that Defendants' motion should be granted, it is hereby

ORDERED, ADJUDGED and DECREED that Defendants' Motion to Compel Plaintiffs to Answer Interrogatories and Produce Documents is hereby granted; and it is further

ORDERED, ADJUDGED and DECREED that plaintiff's answers to interrogatories and responses to requests for production of documents will be delivered to the defendants not later than February 27, 2007; and it is further

ORDERED, ADJUDGED and DECREED that plaintiff provide additional deposition testimony concerning his responses to interrogatories, which were not provided prior to the scheduled deposition of February 2, 2007, and that plaintiff bear the cost of such deposition.

The Court hereby reserves its ruling as to the City of Tacoma request for an award of reasonable fees and costs in the sum of $250.00 against plaintiff.

DONE this 20th day of February, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

ELIZABETH A. PAULI, City Attorney


By: _____
     MARGARET A. ELOFSON

ORDER GRANTING DEFENDANTS' MOTION
TO COMPEL PLAINTIFFS TO ANSWER
INTERROGATORIES AND PRODUCE DOCUMENTS - 2
**(C03-5377 FDB)**

      WSBA #23038
      Attorney for Defendants