THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT RODRIGUEZ, a single man,<br><br>       Plaintiff,<br><br>   v.<br><br>SEAN GANLEY, BADGE NO. UNKNOWN, and "JANE DOE" GANLEY, husband and wife, individually, jointly and severally, against the marital community, and in Sean Ganley's official capacity as a Tacoma Police Officer; D. YERBURY, BADGE NO. 67, individually and in his official capacity as a Tacoma Police Officer; CITY OF TACOMA/TACOMA POLICE DEPARTMENT; and JOHN DOE AND JANE DOES NO. 1-10,<br><br>       Defendants. | NO.  C06-5472 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the

parties that the above-captioned matter has been fully settled and

compromised, and the lawsuit can be dismissed with prejudice with all parties

to bear their own costs and attorney's fees.

DATED this _____ day of March, 2007.

COMFORT, DAVIES & SMITH                    ELIZABETH A. PAULI, City Attorney


By: _____          By: _____
    STEVEN W. DAVIES                       MARGARET A. ELOFSON
    WSB# 11566                             WSB# 23038
    Attorney for Plaintiff                 Attorney for Defs. City of
                                               Tacoma, TPD & Yerbury

KRILICH, La PORTE,
WEST & LOCKNER


By: _____
    RICHARD W. LOCKNER
    WSB# 19664
    Attorney for Def. Ganley




## ORDER

**THIS MATTER** having come on to be heard before the above-entitled

Court based upon the stipulation of the parties, and the Court being fully advised

in the premises, now, therefore, it is hereby


/

**ORDERED, ADJUDGED,** and **DECREED** that the claims of the plaintiff,

be and the same are hereby dismissed with prejudice with all parties to bear their

own costs and attorney's fees.

DATED this 11th day of May, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

ELIZABETH A. PAULI, City Attorney

By:     (original signed)_____
        MARGARET A. ELOFSON
        WSB #23038
        Attorney for Defs. City of
            Tacoma, TPD & Yerbury

Approved as to Form and
Notice of Presentment Waived:

COMFORT, DAVIES & SMITH

By:     (original signed))_____
        STEVEN W. DAVIES
        WSB# 11566
        Attorney for Plaintiff

KRILICH, La PORTE, WEST & LOCKNER

By:     (original signed)_____
        RICHARD W. LOCKNER
        WSB# 19664
        Attorney for Def. Ganley

/

## **CERTIFICATE OF SERVICE**

     I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Steven W. Davies, attorney for plaintiff, Richard W. Lockner, attorney for defendant Ganley.

_____

MARGARET A. ELOFSON
WSBA#23038
Attorney for Defs. City of Tacoma,
    TPD & Yerbury
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA  98402
(253) 591-5885
Fax:  (253) 591-5755
margaret.elofson@ci.tacoma.wa.us